# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BLOODWORTH WHOLESALE DRUGS, a Georgia corporation, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | 8:07CV403 |
| VITA MAX, INC., A Nebraska Corporation, and VITAMAXRX, INC., an Iowa Corporation, D/B/A Farm Vet, Inc., | ) ) ) ) ) | ORDER TO SHOW CAUSE |
| Defendants. | ) | |

On February 19, 2008, the Clerk entered default judgment in favor of the plaintiff and against defendant VitaMaxRX, Inc. Plaintiff, however, requested no action as to defendant Vita Max, Inc., which also appears to be in default.

**IT IS ORDERED** that plaintiff shall show cause why its claims against Vita Max, Inc. should not be dismissed without prejudice pursuant to NECivR 41.1 for failure to prosecute. The showing of cause shall be filed electronically on or before the close of business on **June 18, 2008.**

**DATED June 4, 2008.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**